FILED

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

00 NOV -3 AM 8:38

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| RONALD W. BAKER, et al | ) |
| Plaintiffs, | ) |
| v. | ) CV 00-PT-2515-M |
| CHILDERSBURG BANCORPORATION, INC., et al | ) |
| Defendants. | ) |

ENTERED
NOV 03 2000

### AMENDMENT TO MEMORANDUM OPINION

The court amends the sentence on page 10 of its Memorandum Opinion filed on November 2, 2000, which reads, "If the claims against the defendants belong to First Bank of Childersburg, Childersburg BanCorporation and the Trust may also have a claim against someone for reserving those claims" to read "If the claims against the defendants belong to First Bank of Childersburg, Childersburg Bancorporation and the Trust may also have a claim against someone for **not reserving** those claims.

The court further amends its Memorandum Opinion filed on November 2, 2000, the sentence on page 10 which reads, "In _Stevens_ the individual stockholders could not maintain an action is their own names...." to read "In _Stevens_ the individual stockholders could not maintain an action **in** their own names....".

This the 3rd day of November, 2000.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE